In re   **CM REALTY HOLDINGS, LLC**                                  ,   Case No.   **2:10-bk-10214**
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Incline Properties, Inc.**<br>**17027 E. Calle Del Oro**<br>**Unit D**<br>**Fountain Hills, AZ 85268** | **Master lease of 10841 N. Mountain Vista; 10847 N. Mountain Vista Court, Fountain Hills, AZ; 9524 N. Four Peaks Way, Fountain Hills, AZ 85268; 10406 N. Demaritt Dr., Fountain Hills, AZ; 1833 E. Patrick Lane, Phoenix, AZ; 10032 N. Palisades Blvd., Fountain Hills, AZ.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

.

In re  **CM REALTY HOLDINGS, LLC**                                             ,          Case No.  **2:10-bk-10214**

                                                      Debtor

# SCHEDULE H - CODEBTORS - AMENDED

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Connie Martin**<br>**17027 E. Calle Del Oro**<br>**Unit D**<br>**Fountain Hills, AZ 85268**<br>   Liability on 10032 N. Palisades, Fountain Hills, AZ | **American Home Mortgage Services**<br>**4600 Regent Blvd.**<br>**Suite 200**<br>**Irving, TX 75063** |
| **Connie Martin**<br>**17027 E. Calle Del Oro**<br>**Unit D**<br>**Fountain Hills, AZ 85268**<br>   Liability on 9524 Four Peaks Way, Fountain Hills, AZ | **PNC Mortgage**<br>**3232 Newmark Dr.**<br>**Miamisburg, OH 45342** |
| **Connie Martin**<br>**17027 E. Calle Del Oro**<br>**Unit D**<br>**Fountain Hills, AZ 85268**<br>   Second mortgage; 9542 Four Peaks Way, Fountain Hills, AZ | **CitiMortgage, Inc.**<br>**Attn: Bankruptcy Dept.**<br>**P.O. Box 79022, MS 322**<br>**Saint Louis, MO 63179** |
| **Connie Martin**<br>**17027 E. Calle Del Oro**<br>**Unit D**<br>**Fountain Hills, AZ 85268**<br>   Liability 10847 N. Mountain Vista, Fountain Hills, AZ | **Chase Bank**<br>**1820 East Sky Harbor Cir. South**<br>**Phoenix, AZ 85034** |
| **Connie Martin**<br>**17027 E. Calle Del Oro**<br>**Unit D**<br>**Fountain Hills, AZ 85268**<br>   Liability on 10841 N. Mountain Vista | **ING Direct**<br>**P.O. Box 60**<br>**Saint Cloud, MN 56302-0060** |
| **Connie Martin**<br>**17027 E. Calle Del Oro**<br>**Unit D**<br>**Fountain Hills, AZ 85268**<br>   Liability on 10406 Demaret, Fountain Hills, AZ | **Amtrust Bank**<br>**1801 E. 9th St.**<br>**Suite 200**<br>**Cleveland, OH 44114** |
| **Connie Martin**<br>**17027 E. Calle Del Oro**<br>**Unit D**<br>**Fountain Hills, AZ 85268**<br>   Liability on 1833 E. Patrick, Phoenix, AZ | **Amtrust Bank**<br>**1801 E. 9th St.**<br>**Suite 200**<br>**Cleveland, OH 44114** |

**0**
_____   continuation sheets attached to Schedule of Codebtors