Law Office of Blake D. Gunn
P.O. Box 22146
Mesa, AZ 85277
Telephone: (480) 710-8677
Fax 480-393-7162
bgunn@gunnfirm.com

Blake D. Gunn, SBN 019112
Attorney for Debtor

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: October 06, 2010**

_____
**RANDOLPH J. HAINES
U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE CM REALTY HOLDINGS, LLC,<br><br>Debtor in Possession. | Chapter 11 Proceeding<br><br>Case Number: 2:10-bk-10214-RJH |

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCE OR REJECTION OF PLAN, COMBINED WITH NOTICE THEROF**

TO:     ALL CREDITORS, EQUITY SECURITY HOLDERS, AND OTHER PARTIES IN INTEREST

The Debtors' Disclosure Statement ("Disclosure Statement") under Chapter 11 of the Bankruptcy Code having been filed by the Debtors on August 5, 2010, referring to the Debtors' Plan of Reorganization ("Plan") under Chapter 11 of the Bankruptcy Code filed by the Debtor as an exhibit to its Disclosure Statement, and filed with the Court on October 6, 2010,

It having been determined that the Debtors' Disclosure Statement contains adequate information; and

There having been no objection to the Debtors' Disclosure Statement,

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that:

A.     The Debtors' Disclosure Statement is approved;

B.  The hearing to consider confirmation of the Plan shall be held at the United States Bankruptcy Court, 230 North First Avenue, 6th Floor, Courtroom No. 603 at 11:00 a.m. on November 10, 2010.

C.  The last day for filing with the Court written acceptances or rejections of the Plan is fixed at November 5, 2010. Ballots shall be mailed to Blake D. Gunn, P.O. Box 22146, Mesa, AZ 85277-2146.

D.  Within the time limits imposed by Bankruptcy Rule 2002(b), copies of this Order, the Plan, the Disclosure Statement (or approved summaries thereof), and a ballot conforming to Official Form No. 14, shall be transmitted by the Plan proponent by mail to all creditors, equity security holders, and other parties in interest as provided by Bankruptcy Rule 3017(d). The Plan proponent shall file a certificate or affidavit evidencing such transmission.

E.  The last day for filing and serving, pursuant to Bankruptcy Rule 3020(b)(1), written objections to confirmation of the Plan is fixed November 5, 2010.

F.  The written report by the proponent, as required by Local Bankruptcy Rule 3018, is to be filed by November 8, 2010.

DATED this ____ day of October 2010,

UNITED STATES BANKRUPTCY COURT

_____
The Honorable Randolph J. Haines
U.S. Bankruptcy Court Judge