Paul M. Levine, Esq. (007202)
Matthew A. Silverman, Esq. SBN 018919
**McCarthy & Holthus, LLP**
8502 E. Via De Ventura, Suite 200
Scottsdale, AZ 85258
Phone (602) 230-8726
Fax (480) 302-4101

Attorney for: Secured Creditor,
New York Community Bank, as servicer for the FDIC as receiver for AmTrust Bank., it assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| In re | ) Case No. 2:10-bk-10214-RJH |
| | ) |
| | ) DC No. |
| CM Realty Holdings LLC | ) |
| | ) Chapter 11 |
| Debtor, | ) |
| | ) |
| | ) **AMENDED OBJECTION TO** |
| | ) **CONFIRMATION OF CHAPTER** |
| | ) **11 PLAN** |
| | ) |
| | ) |
| | ) **Confirmation Hearing:** |
| | ) Date: 11/10/2010 |
| | ) Time: 11:00 AM |
| | ) Ctrm: No Court Room |
| | ) Place: 230 N. First Ave., |
| | )        Phoenix AZ |
| | ) |
| | ) Judge: Randolph J. Haines |

New York Community Bank, as servicer for the FDIC as receiver for AmTrust Bank., its assignees and/or successors, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 11 Plan proposed by ("Debtor") CM Realty Holdings LLC.

1. This objecting Secured Creditor Services and is entitled to receive payments pursuant to a Promissory Note which matures on 7/1/2038 and is secured by a Deed of Trust on the subject property commonly known as 1833 East Patrick Lane, Phoenix, AZ 85024. As of 4/8/2010, the amount in default was $3,625.57 , as described in the Proof of Claim filed by this Secured Creditor on or about 9/3/2010, incurred with respect to the default.

2. The proposed Plan lists the Secured Creditor as a Class 3C secured claimant. Debtor proposes to value Secured Creditors claim as to the subject property at $155,000.00. According to the Secured Creditor's Appraisal, the subject property has a value of $205,000.00. Secured Creditor's objects to Debtor's valuation of its secured claim in the Plan.

3. Debtor also proposes an interest rate of 3.00% interest per annum as the present note rate. The current interest rate on the note is 5.875%. Secured Creditor objects to the debtor's interest rate in the plan as not reasonable.

4. Debtor's plan does not designate the payment of taxes and insurance on the subject property.

## CONCLUSION

Any Chapter 11 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 11 Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full payoff as detailed in Secured Creditor's Proof of Claim to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 11 Plan be denied, or in the alternative be amended to provide for full payoff of the full secured claim as detailed in Secured Creditor's Proof of Claim to Secured Creditor;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

McCarthy & Holthus, LLP

By: /s/ Matthew A. Silverman, Esq.
Matthew A. Silverman, Esq.
Attorney for Secured Creditor
New York Community Bank, as
servicer for the FDIC as receiver for
AmTrust Bank.