# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | CM REALTY HOLDINGS, LLC | | |
| **Case Number:** | 2:10-bk-10214-RJH | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, NOVEMBER 10, 2010 11:00 AM   6TH FLOOR #603 | | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | | | |
| **Reporter / ECR:** | N/A | | |

## *Matter:*

HEARING ON CONFIRMATION OF PLAN

**R / M #:**   0 / 0

**VACATED:   Hearing not Noticed  -   Reset at Debtors Request on 12/13/10 @ 1:30 pm.**

## *Appearances:*

NONE

## *Proceedings:*

VACATED: Hearing not Noticed  -   Reset at Debtors Request on 12/13/10 @ 1:30 pm.