# TIFFANY & BOSCO
## P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
10-28362

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-bk-10214-RJH |
| CM Realty Holdings, LLC | Chapter 11 |
| Debtor. | NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

Chase Home Finance LLC, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to said attorneys.

DATED this 16th day of November, 2010.

        Respectfully submitted,

        TIFFANY & BOSCO, P.A.
        BY   /s/ LJM # 014228
            Mark S. Bosco
            Leonard J. McDonald
            Attorneys for Movant

COPY of the foregoing mailed
November 16, 2010 to:

CM Realty Holdings, LLC
17027 E. Calle Del Oro
Unit D
Fountain Hills, AZ 85268
Debtor

Blake D. Gunn
P.O. Box 22146
Mesa, AZ 85277-2146
Attorney for Debtor

By: Samantha M. Chittenden