TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
10-51206

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>CM Realty Holdings, LLC<br><br>Debtor. | No. 2:10-bk-10214-RJH<br><br>Chapter 11<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

The Bank of New York as Trustee CWMBS2003-J10, by and through its undersigned attorneys, hereby gives notice of its appearance in these proceedings, and requests that the name and address of its attorneys be added to the mailing list in this matter, and that all future notices which creditors are entitled to receive be mailed to said attorneys.

DATED this 7th day of December, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ LJM # 014228
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

COPY of the foregoing mailed
December 7, 2010 to:

CM Realty Holdings, LLC
17027 E. Calle Del Oro
Unit D
Fountain Hills, AZ 85268
Debtor

Blake D. Gunn
P.O. Box 22146
Mesa, AZ 85277-2146
Attorney for Debtor

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003
Trustee

By: Julie Purvis