Law Office of Blake D. Gunn
P.O. Box 22146
Mesa, Arizona 85277
Telephone: (480) 480-710-8677
Fax 480-393-7162
bgunn@gunnfirm.com

Blake D. Gunn, SBN 019112
Attorney for Debtor in Possession

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE CM REALTY HOLDINGS, LLC,<br><br>**Debtor-in-Possession.** | Case Number: 2:10-bk-10214-RJH<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE RE: DISCLOSURE STATEMENT, PLAN OF REORGANIZATION AND ORDER SETTING CONFIRMATION HEARING DATE** |

STATE OF ARIZONA         )
                         )  ss
County of Maricopa       )

I, BLAKE D. GUNN, upon my oath, state that:

1. I am the attorney for the Debtor in the above captioned case.

2. On November 15, 2010, I caused a copy of the Disclosure Statement, Plan of Reorganization, Class Ballot, and Order Setting Confirmation Hearing Date to be served by first class mail, postage prepaid, upon the following persons:

American Home Mortgage Services, Inc., 4600 Regent Blvd., Suite 200, Irving, TX 75063

Amtrust Bank, 1801 E. 9th St., Suite 200, Cleveland, Ohio 44114

Chase Bank, 800 Brooksedge Blvd., Westerville, OH 43081

CitiMortgage, Inc., Attn: Bankruptcy Department, P.O. Box 79022, MS322, St. Louis, Missouri 63179

ING Direct, P.O. Box 60, St. Cloud, Minnesota 53602-0060

PNC Mortgage, 3232 Newmark Dr., Miamisburg, Ohio 45342

Terry Koch, 4211 E. Campbell, Phoenix, Arizona 85012

Matthew Silverman, McCarthy, Holthus & Levine, 8502 E. Via de Ventura, Suite 200, Scottsdale, AZ 85258

Alan M. Levinsky, Buchalter Nemer, 16435 N. Scottsdale Rd., Suite 440, Scottsdale, AZ 85254.

DATED this 13th day of December 2010.

      /s/ Blake D. Gunn 019112
      BLAKE D. GUNN

SUBSCRIBED AND SWORN TO BEFORE ME this 13th day of December, 2010.

      /s/ Dawn M. Smith
      Notary Public

My Commission Expires: April 5, 2014