# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | CM REALTY HOLDINGS, LLC | | |
| **Case Number:** | 2:10-bk-10214-RJH | **Chapter:** | 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 13, 2010 01:30 PM | 6TH FLOOR #603 | |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES | | |
| **Courtroom Clerk:** | JANET SMITH | | |
| **Reporter / ECR:** | SHERI FLETCHER | | |

## *Matters:*

1) HEARING ON CONFIRMATION OF PLAN
    R / M #:   26 / 0

2) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DEUTSCHE BANK
    R / M #:   21 / 0

## *Appearances:*

BLAKE D GUNN, ATTORNEY FOR CM REALTY HOLDINGS, LLC
MATT SILVERMAN, ATTORNEY FOR AMERICAN HOME MORTGAGE SERVICING

## *Proceedings:*

Mr. Gunn advised his assistant was to upload a certificate of service just prior this hearing.   He advised a stipulation was reached as to the class 3C creditor.

Mr. Silverman informed he has not had time to review the stipulation which was received this afternoon but he agreed it will resolve the objection.

Mr. Gunn addressed the class 3A objection suggesting an amendment to treat Class 3A.   He informed a stipulated order will be uploaded.  Mr. Gunn further reviewed the plan.

COURT:  IT IS ORDERED CONFIRMING THE PLAN.  THE STIPULATED ORDER WILL BE SIGNED WHEN IT IS UPLOADED.