# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | CM REALTY HOLDINGS, LLC |
| **Case Number:** | 2:10-bk-10214-RJH  **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, FEBRUARY 28, 2011 10:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** |  |
| **Reporter / ECR:** | N/A |

## *Matter:*

NEW YORK COMMUNITY BANK'S REQUEST FOR STATUS HEARING RE: PLAN CONFIRMATION

**R / M #:** 58 / 0

**VACATED:** Matter Settled - Hearing Vacated on Request of Mr. Levinsky as moving party

## *Appearances:*

NONE

## *Proceedings:*

VACATED: STIPULATION SETTLING